UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael Rocca,<br><br>    Plaintiff,<br><br>v.<br><br>Jodika Enterprises, Inc. dba Taco Bell #002772, et al.,<br><br>    Defendants.<br>_____/ | Case No. 8:14-cv-01261-JVS-DFM<br><br>**Order re: Joint Stipulation for Dismissal** |

    Upon consideration of the Joint Stipulation for Dismissal submitted by plaintiff Michael Rocca and defendant Jodika Enterprises, Inc. dba Taco Bell #002772,

    IT IS HEREBY ORDERED that the above-entitled action is dismissed with prejudice in its entirety.

Dated: November 19, 2014

                                                    _____
                                                  United States District Judge